Hearing Date: February 19, 2014
Hearing Time: 1:00 pm
Location: Port Orchard
Response Due: February 12, 2014

**HONORABLE MARC BARRECA**

# UNITED STATE BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN RE: | NO. 13-17857 |
|---|---|
| SHARON ROBINSON,<br>    Debtor | MOTION AND NOTICE TO SELL PROPERTY AT PUBLIC AUCTION AND FOR ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES |

TO: The Debtors, Creditors and Parties of Interest:

## MOTION

The bankruptcy estate includes personal property which includes two motor vehicles: a 1975 Mercedes Benz and a 1994 Safari Motorhome. The trustee, by this motion, moves to sell the personal property at a public auction to be held by Stokes Auction on Saturday, March 15, 2014 commencing at 9:00 a.m. at Stokes Auction 8398 Spring Creek Road SE, Port Orchard, Washington, or such later time as the auction is continued to by the auctioneer. From the proceeds of the sale, the trustee will pay the auctioneer's fee of ten percent (10%) on titled vehicles together with other reasonable and necessary expenses of the sale.

## NOTICE

Please take notice that the trustee's motion to sell the property at auction and for payment of administrative expenses will be heard on February 19, 2014, at 1:00 p.m., at Kitsap Courthouse, 614 Division St., Port Orchard, Washington. Pursuant to local rule, objections and/or responses must be made in writing with the original filed with the Clerk of the U.S. Bankruptcy Court, Room 6301, US Courthouse, 700 Stewart Street, Seattle, Washington 98101, and one copy must be served at the address printed in the lower right hand corner of this document no later than seven days prior to the hearing date. Failure to comply with this local rule may be deemed opposition without merit and the Court may strike the hearing and enter an order granting the requested relief ex parte.

DATED: January 14, 2014

JOHN S. PETERSON
John S. Peterson
Trustee
PO Box 829
Kingston, WA 98346

Motion
Page one only

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392